**Opinion issued November 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00758-CV**

———————————

**THOMAS L. THEODORE, Appellant**

**V.**

**JENNIFER LOUISE WALLGREN, Appellee**

On Appeal from the 348th District Court
Tarrant County, Texas[1]
Trial Court Case No. 348-323140-21

**MEMORANDUM OPINION**

Appellant, Thomas L. Theodore, has filed a motion for voluntary dismissal of

this appeal. More than ten days have elapsed since the filing of the motion, and no

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Second District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).

party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris